UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Nermin Hasanbegovic | § | Case No. 13-33661 |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that STEVEN R. RADTKE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objection upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee application(s) and any objection to the Final Report will be held at:

10:30 a.m. on June 24, 2014
in Courtroom  613, U.S. Courthouse
219 South Dearborn Street, Chicago, IL  60604

If no objections are filed, upon entry of an order on the fee application(s), the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____        By: _____Kenneth S. Gardner_____
                                            Clerk of the Bankruptcy Court

STEVEN R. RADTKE
79 WEST MONROE STREET
SUITE 1305
CHICAGO, IL 60603

UST Form 101-7-NFR (10/1/2010) *(Page: 1)*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
Nermin Hasanbegovic § Case No. 13-33661
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 7,500.00 |
| and approved disbursements of | $ | 10.00 |
| leaving a balance on hand of[1] | $ | 7,490.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: STEVEN R. RADTKE | $ 1,500.00 | $ 0.00 | $ 1,500.00 |
| Trustee Expenses: STEVEN R. RADTKE | $ 1.88 | $ 0.00 | $ 1.88 |
| Attorney for Trustee Fees: STEVEN R. RADTKE | $ 1,912.50 | $ 0.00 | $ 1,912.50 |
| Attorney for Trustee Expenses: STEVEN R. RADTKE | $ 25.92 | $ 0.00 | $ 25.92 |
| Total to be paid for chapter 7 administrative expenses | | $ | 3,440.30 |
| Remaining Balance | | $ | 4,049.70 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 4,286.90 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 94.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | N. A. Capital One Bank (Usa) | $ 1,999.19 | $ 0.00 | $ 1,888.57 |
| 2 | Jefferson Capital Systems Llc | $ 2,106.71 | $ 0.00 | $ 1,990.14 |
| 3 | Jefferson Capital Systems Llc | $ 181.00 | $ 0.00 | $ 170.99 |
| | Total to be paid to timely general unsecured creditors | | $ | 4,049.70 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

UST Form 101-7-NFR (10/1/2010) *(Page: 3)*

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Steven R. Radtke
Steven R. Radtke, Trustee

STEVEN R. RADTKE
79 WEST MONROE STREET
SUITE 1305
CHICAGO, IL 60603

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 13-33661-TAB
Nermin Hasanbegovic                                                 Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: dwilliams              Page 1 of 2                  Date Rcvd: May 23, 2014
                               Form ID: pdf006              Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 25, 2014.
```
db          +Nermin Hasanbegovic,    8905 Plainfield Road,    Brookfield, IL 60513-2457
aty         +Chill, Chill & Radtke, P.C.,    79 W. Monroe Street,   Suite 1305,    Chicago, IL 60603-4925
20906050    +Anthony J. Peraica & Assoc., Ltd.,    5130 S. Archer Avenue,    Chicago, IL 60632-4859
20906051    +Arnold Scott Harris,    600 West Jackson, Suite 710,   Chicago, IL 60661-5682
20906053    +Broadview Police Dept.,    2350 S. 25th Avenue,   Broadview, IL 60155-3827
20906054   ++CAPITAL ONE,    PO BOX 30285,   SALT LAKE CITY UT 84130-0285
             (address filed with court: Capital One,    PO Box 85520,    Richmond, VA 23285)
20906055     Capital One,   Card Services,    PO Box 60501,   City of Industry, CA 91716-0501
20906056    +Capital One Bank,    PO Box 70886,   Charlotte, NC 28272-0886
21208277     Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,   PO Box 71083,
             Charlotte, NC 28272-1083
20906057    +Capital One Corp Headquarters,    15075 Capital One Drive,   2nd Floor,    Richmond, VA 23238-1122
20906060    +CitiMortgage, Inc.,    PO Box 183040,   Columbus, OH 43218-3040
20906059    +Citibank, NA,    PO Box 769006,   San Antonio, TX 78245-9006
20906061    +Codilis & Associates,    15W030 N. Frontage Rd.,   Suite 100,   Burr Ridge, IL 60527-6921
20906062     Cook Co. Dept. of Revenue,    Use Tax,   PO Box 94401,   Chicago, IL 60690-4401
20906065     First Equity Card Corp.,    1120 Welsh Road. Suite 200,    North Wales, PA 19454-3794
20906066    +Freedman Anselmo Lindberg,    1771 W. Diehl Road, #150,    Naperville, IL 60563-4947
20906068    +HSBC Bank,    PO Box 5253,   Carol Stream, IL 60197-5253
20906067    +HSBC Bank,    PO Box 30253,   Salt Lake City, UT 84130-0253
20906070     Illinois State Toll Hwy Authority,    2700 Ogden Avenue,   Downers Grove, IL 60515-1703
20906069     Illinois Tollway,    PO Box 5201,   Lisle, IL 60532-5201
21429255    +Jefferson Capital Systems LLC,    Purchased From Portfolio,   America Asset Management LLC,
             Po Box 7999,   Saint Cloud Mn 56302-7999
20906072     LGBS, LLP,   Tax Division - Cook County,    PO Box 06268,   Chicago, IL 60606-0268
20906073     Lineberger Goggan,    Blair & Sampson, LLP,    PO Box 06268,   Chicago, IL 60606-0268
20906074    +MacNeal Hospital,    3249 S. Oak Park Ave.,   Berwyn, IL 60402-0715
20912869    +Mande Properties LLC,    8905 W Plainfield Road,   Brookfield IL 60513-2457
20966597    +Mande Properties Management LLC,    624 S. Catherine Avenue,    La Grange, IL 60525-2825
20906075    +Merchant's Credit Guide,    223 West Jackson, Suite 4,    Chicago, IL 60606-6908
20906079   ++NATIONSTAR MORTGAGE,    PO BOX 630267,    IRVING TEXAS 75063-0116
             (address filed with court: Nationstar Mortgage, LLC,    350 Highland Drive,
             Lewisville, TX 75067)
20906080     Nationstar Mortgage, LLC,    PO Box 650783,    Dallas, TX 75265-0783
20906083    +Stanislaus Credit Control Svc.,    914 14th Street,   Modesto, CA 95354-1011
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
20906052    +E-mail/Text: ACF-EBN@acf-inc.com May 24 2014 00:15:57     Atlantic Credit & Finance, Inc.,
             2727 Franklin Road, SW,   Roanoke, VA 24014-1011
20906058    +E-mail/Text: cms-bk@cms-collect.com May 24 2014 00:16:58     Capital Management Svcs., LP,
             726 Exchange Street,   Suite 700,   Buffalo, NY 14210-1464
20906064     E-mail/Text: bankruptcy_notifications@ccsusa.com May 24 2014 00:18:32
             Credit Collection Services,   Payment Processing Ctr - 27,    PO Box 55126,
             Boston, MA 02205-5126
20906063    +E-mail/Text: bankruptcy_notifications@ccsusa.com May 24 2014 00:18:32
             Credit Collection Services,   2 Wells Avenue,   Newton, MA 02459-3246
21429255    +E-mail/Text: bankruptcy@jeffersoncapitalinternational.com May 24 2014 00:17:57
             Jefferson Capital Systems LLC,    Purchased From Portfolio,   America Asset Management LLC,
             Po Box 7999,   Saint Cloud Mn 56302-7999
20906071    +E-mail/Text: bankruptcy@leadingedgerecovery.com May 24 2014 00:17:37
             Leading Edge Recovery Solutions,    5440 N. Cumberland Ave., Ste 300,   Chicago, IL 60656-1486
20906076    +E-mail/Text: bankruptcydepartment@ncogroup.com May 24 2014 00:17:51
             NCO Financial Systems, Inc.,    600 Holiday Plaza Dr.,   Suite 300,   Matteson, IL 60443-2238
20906082     E-mail/Text: vnewman@paymentamerica.com May 24 2014 00:18:13     Payment America Systems,
             450 10th Circle North,   PO Box 24850,   Nashville, TN 37202-4850
                                                                                             TOTAL: 8

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20906081*   +Nermin Hasanbegovic,    8905 Plainfield Road,   Brookfield, IL 60513-2457
20906077   ##NCO Financial Systems, Inc.,    PO Box 4947,   Trenton, NJ 08650-4947
20906078   ##+Nationwide Credit & co.,    815 Commerce Drive,   Suite 100,   Oak Brook, IL 60523-8839
                                                                                TOTALS: 0, * 1, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: dwilliams              Page 2 of 2              Date Rcvd: May 23, 2014
                              Form ID: pdf006              Total Noticed: 37
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2014                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 22, 2014 at the address(es) listed below:
              Anthony J Peraica    on behalf of Debtor Nermin  Hasanbegovic peraicalaw@aol.com,
               cwinans@peraica.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Steven R Radtke    sradtke@chillchillradtke.com,  sradtke@ecf.epiqsystems.com
              Steven R Radtke    on behalf of Trustee Steven R Radtke sradtke@chillchillradtke.com,
               sradtke@ecf.epiqsystems.com
                                                                                        TOTAL: 4
```