UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                              §
                                    §
Nermin Hasanbegovic                 §    Case No. 13-33661
                                    §
                                    §
         Debtor(s)                  §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

STEVEN R. RADTKE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $     (see **Exhibit 2**), yielded net receipts of $         from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/STEVEN R. RADTKE_____
　　　　　　　　　　　　　　　　　　　　　　　　　Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | **$** | **$** | **$** | **$** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEVEN R. RADTKE | | | | | |
| STEVEN R. RADTKE | | | | | |
| Associated Bank | | | | | |
| STEVEN R. RADTKE | | | | | |
| STEVEN R. RADTKE | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Jefferson Capital Systems Llc | | | | | |
| 3 | Jefferson Capital Systems Llc | | | | | |
| 1 | N. A. Capital One Bank (Usa) | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 13-33661 | TAB | Judge: | Timothy A. Barnes | Trustee Name: | STEVEN R. RADTKE |
|---|---|---|---|---|---|---|
| Case Name: | Nermin Hasanbegovic | | | | Date Filed (f) or Converted (c): | 08/23/2013 (f) |
| | | | | | 341(a) Meeting Date: | 10/07/2013 |
| For Period Ending: | 11/10/2014 | | | | Claims Bar Date: | 01/21/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Cash | 20.00 | 20.00 | | 0.00 | FA |
| 2. Business checking acocunt with Citibank ending 1452 | 2,131.11 | 0.00 | | 0.00 | FA |
| 3. Lease for debtor's residence with Mande Properties | 1,350.00 | 1,350.00 | | 0.00 | FA |
| 4. Household goods, furnishings, appliances and electronics | 580.00 | 0.00 | | 0.00 | FA |
| 5. Personal Clothing | 100.00 | 0.00 | | 0.00 | FA |
| 6. 1000 shares of stock in debtor's corp., Lans Express Corp., | 0.00 | 0.00 | | 0.00 | FA |
| 7. 1998 Mercedes-Benz ML320 4D SUV, fair condition | 1,250.00 | 0.00 | | 0.00 | FA |
| 8. 2003 Mack CH613 Truck, runs but in poor condition, with rust | 9,000.00 | 0.00 | | 6,000.00 | FA |
| 9. 1987 Benson Trailer, useable but in poor condition | 1,500.00 | 1,500.00 | | 1,500.00 | FA |
| 10. 1995 Ford Econoline Van, poor condition, does not run | 180.00 | 180.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $16,111.11 | $3,050.00 | | $7,500.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Debtor scheduled interest in a 2003 Mack Truck and 1987 Benson Trailer; Trustee sold right, title and interest in vehicles and collected $7,500.  TFR approved June 26, 2014 (Distribution checks were mailed to creditors & waiting for checks to clear.)Checks need to be reissued after 90 days; sent same out

Initial Projected Date of Final Report (TFR): 04/30/2015      Current Projected Date of Final Report (TFR): 04/30/2015

UST Form 101-7-TDR (5/1/2011) *(Page: 6)*

Page: 1

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 13-33661 | Trustee Name: | STEVEN R. RADTKE |
| Case Name: | Nermin Hasanbegovic | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX5505 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX8421 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/10/2014 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/28/14 | 8 | Nermin Hasanbegovic | Initial payment on debtor's truck and trailer | 1129-000 | $5,000.00 | | $5,000.00 |
| 03/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,990.00 |
| 03/13/14 | | Nermin Hasanbegovic | Final payment on debtor's truck and trailer | | $2,500.00 | | $7,490.00 |
| | | | Gross Receipts        $2,500.00 | | | | |
| | 8 | | 2003 Mack CH613 Truck, runs but in poor condition, with rust    $1,000.00 | 1129-000 | | | |
| | 9 | | 1987 Benson Trailer, useable but in poor condition    $1,500.00 | 1129-000 | | | |
| 06/26/14 | 1001 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL  60603<br>, | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $1,500.00 | $5,990.00 |
| 06/26/14 | 1002 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL  60603<br>, | Final distribution representing a payment of 100.00 % per court order. | 2200-000 | | $1.88 | $5,988.12 |
| 06/26/14 | 1003 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL  60603<br>, | Final distribution representing a payment of 100.00 % per court order. | 3110-000 | | $1,912.50 | $4,075.62 |

Page Subtotals:    $7,500.00    $3,424.38

UST Form 101-7-TDR (5/1/2011) *(Page: 7)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 13-33661 | | Trustee Name: | STEVEN R. RADTKE |
| Case Name: | Nermin Hasanbegovic | | Bank Name: | Associated Bank |
| | | | Account Number/CD#: | XXXXXX5505 |
| | | | | Checking |
| Taxpayer ID No: | XX-XXX8421 | | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/10/2014 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/26/14 | 1004 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL 60603<br>, | Final distribution representing a payment of 100.00 % per court order. | 3120-000 | | $25.92 | $4,049.70 |
| 06/26/14 | 1005 | N. A. Capital One Bank (Usa)<br>Capital One Bank (Usa), N.A.<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Final distribution to claim 1 representing a payment of 94.47 % per court order. | 7100-000 | | $1,888.57 | $2,161.13 |
| 06/26/14 | 1006 | Jefferson Capital Systems Llc<br>Purchased From Portfolio<br>America Asset Management Llc<br>Po Box 7999<br>Saint Cloud Mn 56302-9617 | Final distribution to claim 2 representing a payment of 94.47 % per court order. | 7100-000 | | $1,990.14 | $170.99 |
| 06/26/14 | 1007 | Jefferson Capital Systems Llc<br>Purchased From Portfolio<br>America Asset Management Llc<br>Po Box 7999<br>Saint Cloud Mn 56302-9617 | Final distribution to claim 3 representing a payment of 94.47 % per court order. | 7100-000 | | $170.99 | $0.00 |
| 10/01/14 | 1005 | N. A. Capital One Bank (Usa)<br>Capital One Bank (Usa), N.A.<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Final distribution to claim 1 representing a payment of 94.47 % per court order. Reversal | 7100-000 | | ($1,888.57) | $1,888.57 |
| 10/01/14 | 1006 | Jefferson Capital Systems Llc<br>Purchased From Portfolio<br>America Asset Management Llc<br>Po Box 7999<br>Saint Cloud Mn 56302-9617 | Final distribution to claim 2 representing a payment of 94.47 % per court order. Reversal | 7100-000 | | ($1,990.14) | $3,878.71 |
| 10/01/14 | 1007 | Jefferson Capital Systems Llc<br>Purchased From Portfolio<br>America Asset Management Llc<br>Po Box 7999<br>Saint Cloud Mn 56302-9617 | Final distribution to claim 3 representing a payment of 94.47 % per court order. Reversal | 7100-000 | | ($170.99) | $4,049.70 |
| 10/02/14 | 1008 | Capital One Bank (USA) N.A.<br>P.O. Box 71083<br>Charlotte, NC 28272-1083 | Final distribution to claim 1 representing a payment of 94.47% per court order. Replaces Check No. 1005 | 7100-000 | | $1,888.57 | $2,161.13 |

Page Subtotals: $0.00 $1,914.49

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |  | | |
|---|---|---|---|---|
| Case No: | 13-33661 | Trustee Name: | STEVEN R. RADTKE | |
| Case Name: | Nermin Hasanbegovic | Bank Name: | Associated Bank | |
| | | Account Number/CD#: | XXXXXX5505 | |
| | | | Checking | |
| Taxpayer ID No: | XX-XXX8421 | Blanket Bond (per case limit): | $5,000,000.00 | |
| For Period Ending: | 11/10/2014 | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/02/14 | 1009 | Jefferson Capital Systems LLC Purchased from Portfolio America Asset Managment LLC P.O. Box 7999 Saint Cloud, MN 56302-9617 | Final distribution to claim 2 representing a payment of 94.47% per court order. Replaces Check No. 1006 | 7100-000 | | $1,990.14 | $170.99 |
| 10/02/14 | 1010 | Jefferson Capital Systems, LLC Purchased from Portfolio America Asset Management LLC P.O. Box 7999 Saint Cloud, MN 56302-9617 | Final distribution to claim 3 representing a payment of 94.47% per court order. Replaces Check No. 1007 | 7100-000 | | $170.99 | $0.00 |

|   |   |   |
|---|---|---|
| COLUMN TOTALS | $7,500.00 | $7,500.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $7,500.00 | $7,500.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $7,500.00 | $7,500.00 |

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*                                            Page Subtotals:          $0.00          $2,161.13

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5505 - Checking | $7,500.00 | $7,500.00 | $0.00 |
|  | $7,500.00 | $7,500.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $7,500.00 |
| Total Gross Receipts: | $7,500.00 |

Page Subtotals:  $0.00   $0.00